IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA BARELA, individually and as Personal
Representative of the Estate of Joshua Apodaca,
and ED APODACA, individually,

        Plaintiffs,

v.                                Cause No. 1:15-CV-00647

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, by and through attorney of record PARNALL LAW FIRM, LLC (Eva Blazejewski), and submits this notice of voluntary dismissal with prejudice, of the above entitled and numbered cause of action.

Respectfully submitted:

_____
Eva K. Blazejewski
Parnall Law Firm, LLC
P.O. Box 8009
Albuquerque, NM  87198
Phone: 505 268-6500
Fax: 505 268-8708
*Attorneys for Plaintiff*

I certify that this pleading was filed electronically on ___8/18___, 2015 which caused a copy of this pleading to be served on all parties and counsel through the Court's electronic file and serve system.

_____
Eva K. Blazejewski