IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA BARELA, individually and as Personal
Representative of the Estate of Joshua Apodaca,
and ED APODACA, individually,

        Plaintiffs,

v.                                       Cause No. 1:15-CV-00647

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendants.

## STIPULATION OF DISMISSAL

COMES NOW, Plaintiff, by and through attorney of record PARNALL LAW FIRM, LLC (Eva Blazejewski), and hereby notify the Court of the parties' Stipulation of Dismissal and further states:

Plaintiff Ed Apodaca died on June 15, 2015. Plaintiff Brenda Barela does not wish to move forward with the claims asserted in the subject lawsuit.

Counsel for Defendant Rudy Lucero, concurs with this stipulation.

                                                  Respectfully submitted:

                                                  */s/ Eva K. Blazejewski*
                                                  Eva K. Blazejewski
                                                  Parnall Law Firm, LLC
                                                  P.O. Box 8009
                                                  Albuquerque, NM  87198
                                                  Phone: 505 268-6500
                                                  Fax: 505 268-8708
                                                  *Attorneys for Plaintiff*

Approved:

*Approved electronically 8/18/15*
Rudolph A. Lucero
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, NM  87125
P: 505 842-1950
F: 505 243-4408
*Attorneys for State Farm*

I certify that this pleading was filed electronically on Aug 19, 2015 which caused a copy of this pleading to be served on all parties and counsel through the Court's electronic file and serve system.

_____
Eva K. Blazejewski